

**ORDERED in the Southern District of Florida on June 20, 2018.**

*A. Jay Cristol*
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

| | |
|---|---|
| IN RE: | Case No.: 16-26095-AJC |
| ELREATA WILLIAMS | Chapter 13 |
| AKA ELREAA IYOKA WILLIAMS | |
| AKA ELREATA IYOKA GRAHAM, | |
| _____Debtor._____/ | |

**AGREED ORDER CONDITIONALLY DENYING MOTION TO VACATE ORDER GRANTING ATTORNEY-REPRESENTED DEBTOR'S VERIFIED "OUT OF TIME" MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [D.E. 76]**

THIS CASE is before the Court, upon the Motion to Vacate Order Granting Attorney-Represented Debtor's Verified "Out Of Time" Motion for Referral to Mortgage Modification Mediation [D.E. 76] filed by Ditech Financial LLC ("Movant"). Both parties have agreed to the order as indicated by the signatures of Counsel hereon. Accordingly, it is

ORDERED:

1. Mortgage Modification Mediation ("MMM") shall be completed no later than 90 days from the entry of this Order and Debtor shall not be afforded another opportunity to seek MMM within this instant case.

2. The parties shall remain in strict compliance with the terms of the MMM order, including but not limited to, the timely submission of documents when requested by Movant.

3. In the event any condition of this order is not met, Movant may file a Certificate of Non-Compliance and an Order Vacating the Order Directing Mortgage Modification.

SEEN AND AGREED TO:

/s/ Jacqueline C Ledon_____           /s/ Seth J. Greenhill_____
Jacqueline C Ledon                              Seth J. Greenhill
Attorney for Debtor                             Attorney for Movant

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Seth J. Greenhill, Esq.
Padgett Law Group